O

# United States District Court
# Central District of California

KERRY LAMONS,

        Plaintiff,

    v.

GLANBIA PERFORMANCE
NUTRITION (NA), INC. et al.,

        Defendants.

Case № 5:23-cv-00654-ODW (KKx)

**ORDER DENYING MOTION TO DISMISS AS MOOT [13]**

///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8

Defendant Glanbia Performance Nutrition (NA), Inc. served Plaintiff Kerry Lamons with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on April 21, 2023.  (ECF No. 13.)  On May 2, 2023, the Court granted the parties' stipulation extending Plaintiff's time to file an amended complaint to May 12, 2023. (ECF No. 17.)  On May 12, 2023, Plaintiff filed a First Amended Complaint.  (ECF No. 18.)  As Defendant's pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

9
10        **IT IS SO ORDERED.**
11
12        May 12, 2023
13
14        _____
15              **OTIS D. WRIGHT, II**
16        **UNITED STATES DISTRICT JUDGE**
17
18
19
20
21
22
23
24
25
26
27
28