**LAW OFFICES OF ROBERT MACKEY**
Robert Mackey, Esquire
16320 Murphy Road
Sonora, CA 95370
Tel. (412) 370-9110
bobmackeyesq@aol.com
CA Bar No. 125961

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio, Esquire (*motion for pro hac vice forthcoming*)
nmigliaccio@classlawdc.com
Jason S. Rathod, Esquire (*motion for pro hac vice forthcoming*)
jrathod@classlawdc.com
412 H Street NE, Suite 302
Washington, DC 20002
Tel: (202) 470-3520

**ROBERT PEIRCE & ASSOCIATES, P.C.**
D. Aaron Rihn, Esquire (*motion for pro hac vice forthcoming*)
arihn@peircelaw.com
Sara J. Watkins, Esquire (*motion for pro hac vice forthcoming*)
swatkins@peircelaw.com
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel. (412) 281-7229
*Counsel for Plaintiff*

**AMIN TALATI WASSERMAN, LLP**
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
william@amintalati.com
matt@amintalati.com
richard@amintalati.com
Attorneys for Defendant Glanbia Performance Nutrition (NA), Inc.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY LAMONS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLANBIA PERFORMANCE NUTRITION (NA), INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 5:23-CV-00654-ODW-KK<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION** |

## JOINT STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named Plaintiff and Defendant stipulate and agree to dismissing the instant action with prejudice as to Plaintiff's individual claims and without prejudice as to claims of any putative class, with each party to bear its own costs and attorney's fees.

Dated: September 25, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ D. Aaron Rihn*<br>D. Aaron Rihn, Esquire<br>Robert Peirce & Associates, P.C.<br>707 Grant Street, Suite 125<br>Pittsburgh, PA 15219<br>Tel. (412) 281-7229<br>arihn@peircelaw.com<br><br>*Attorney for Plaintiff and Putative Class* | */s/ Matthew R. Orr*<br>Matthew R. Orr, Esquire<br>Amin Talati Wasserman, LLP<br>515 South Flower St., 18th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 933-2330<br>matt@amintalati.com<br><br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 25th day of September 2023 and is available for download by all counsel of record.

                                        */s/ D. Aaron Rihn*
                                        D. Aaron Rihn, Esquire
                                        Attorney for Plaintiff and Putative Class