JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| KERRY LAMONS,<br><br>Plaintiff,<br><br>v.<br><br>GLANBIA PERFORMANCE NUTRITION NA, INC.,<br><br>Defendant. | Case № 5:23-cv-00654-ODW (KKx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that:

1. The Plaintiff's individual action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. The remaining action and all putative class claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**;

3. All dates and deadlines in this action are **VACATED** and taken off calendar; and

4. Each party shall bear its own costs and attorneys' fees.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 26, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**